AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Jimmy Cournoyer, also known "Cosmo"<br><br>_Defendant_ | )<br>)<br>) Case No.<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Jimmy Cournoyer, also known as "Cosmo"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Continuing Criminal Enterprise in violation of 21 U.S.C. 848(c), conspiracy to import marijuana and conspiracy to distribute marijuana, which involved over 1000 kilograms or more of marijuana, contrary to Title 21, U.S.C. Sections 952(a) and 960 (a)(1) and 841 (A)(1); a conspiracy to export over 5 kilograms of cocaine contrary to Title 21 U.S.C. Sections 953(a) and 960(a)(1) ; a conspiracy to distribute over 5 kilograms of cocaine contrary to Title 21, United States Code, Section 841(a)(1); use of a firearm in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i); and a money laundering conspiracy in violation of Section 1956(h).

Date: 01/20/2012

s/Cheryl Pollak
_Issuing officer's signature_

City and state:   Brooklyn, New York

The Honorable ~~James Orenstein~~ Cheryl L. Pollak
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_