UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JIMMY COURNOYER,
    also known as "Cosmo,"

               Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

12 CR 065 (JBW)

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney TONI MELE, it is hereby

       ORDERED that the indictment and arrest warrant in the above-captioned case be unsealed forthwith for the limited purpose of effectuating the provisional arrest and extradition of the defendant.

Dated:   Brooklyn, New York
        February __, 2012

               S/LOIS BLOOM
        _____
        THE HONORABLE LOIS BLOOM
        UNITED STATES MAGISTRATE JUDGE
        EASTERN DISTRICT OF NEW YORK