UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

O R D E R

- against -

12 CR 065 (JBW)

JIMMY COURNOYER,
    also known as "Cosmo,"

        Defendant.

- - - - - - - - - - - - - - - - -X

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney TONI MELE, it is hereby

       ORDERED that the indictment and arrest warrant in the above-captioned case be unsealed forthwith for the limited purpose of effectuating the provisional arrest and extradition of the defendant.

Dated:    Brooklyn, New York
          February __, 2012

          _____
          THE HONORABLE LOIS BLOOM
          UNITED STATES MAGISTRATE JUDGE
          EASTERN DISTRICT OF NEW YORK