# Meringolo & Associates, P.C.
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringoloesq.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 19 2012 ★

BROOKLYN OFFICE

March 16, 2012

**BY ECF and HAND DELIVERY**
Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 111201

Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The application is ___ granted.
SO ORDERED.  ☒ denied.

s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: March 19, 2012
Brooklyn, New York

Re:   *United States v. Cournoyer, et al.*, 12-CR-065 (SLT)

Dear Judge Townes and Judge Weinstein:

Jimmy Cournoyer respectfully submits this Letter Motion for Reassignment of this case to the Honorable Jack B. Weinstein, who was originally randomly selected in accordance with the procedures set forth in Local Rule 50.2 of the Local Rules for the United States District Court for the Eastern District of New York. The Due Process Clause of the Constitution of the United States, this Court's Local Rules, and the case law of this Circuit mandate reassignment to the randomly selected Court.

**Statement Of Facts**

On February 17, 2012, the United States Attorney's Office for the Eastern District of New York filed a letter under seal addressed to the Clerk of the Court and the Honorable Sandra