UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

JIMMY COURNOYER, et al.,

Defendants.

ORDER RESPECTING TRIAL

12-CR-065

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 23 2012 ★

BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

Defendant moves this court for reassignment to another judge, Jack B. Weinstein. The Chief Judge had reassigned the case from that judge to Judge Sandra L. Townes. *See* unnumbered docket entry, Mar. 7, 2012. No adequate reason for questioning the Chief Judge's decision is stated. The motion is denied.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: March 22, 2012
       Brooklyn, New York