**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringoloesq.com

March 28, 2012

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *United States v. Cournoyer, et al.*, **12-CR-65 (SLT)**

Dear Judge Townes:

On behalf of Jimmy Cournoyer, I respectfully submit this letter in support of defendant Jose Alejandro Castillo-Medina's Letter Motion for Reassignment of this case to the Honorable Joanna Seybert as related to *United States v. Curatola*, 10-CR-991 (JS) (AKT). From the facts set forth in the motion, it appears that the cases are related and that Mr. Castillo-Medina will be actually prejudiced if these two related cases are heard by two different Courts.

Respectfully,


_____/s/_____
John Meringolo


Cc:  All counsel (via ECF)