Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

Eastern District of New York

United States of America

Docket No.: 12-CR-065

Jimmy Cournoyer

Sandra L. Townes
(District Court Judge)

Notice is hereby given that **Jimmy Cournoyer** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ] other [ X ] **Order Denying Motion to Reassign Case**
(specify)

entered in this action on **March 19, 2012** (date).

Offense occurred after November 1, 1987    Yes [ X ]    No [ ]

Date **March 27, 2012**

John C. Meringolo
(Counsel for Appellant)
Address  Meringolo & Associates, P.C.

375 Greenwich Street, 7th Floor

New York, NY 10025

ADD ADDITIONAL PAGE IF NECESSARY    Telephone Number  (347) 599-0992

## TO BE COMPLETED BY ATTORNEY — TRANSCRIPT INFORMATION - FORM B

| QUESTIONNAIRE | TRANSCRIPT ORDER | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|
| [ ] I am ordering a transcript<br>[ X ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ X ] Other. Attach explanation  **None exists** | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)).
Method of payment:    [ ]    Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _____    DATE  3/28/12

### COURT REPORTER ACKNOWLEDGMENT — TO BE COMPLETED BY Court Reporter and forwarded to Court of Appeals

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | | | |
| | Date _____ | Signature _____ (Court Reporter) | |

## DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02