**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringoloesq.com

---

April 16, 2012

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Cournoyer, et al.*, **12-CR-65 (SLT)**

Dear Judge Townes:

On behalf of Jimmy Cournoyer, I respectfully submit this letter to request that he be provided with a French interpreter at the upcoming status conference on May 1, 2012.

In addition, I respectfully request that the Court authorize the defendants and their counsel to hold a co-defendant meeting for all who wish to participate in the meeting rooms of the United States Marshals Service following the conclusion of the status conference on the same date.

Respectfully,

_____/s/_____
John Meringolo

Cc:   All counsel (via ECF)