UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
  - against -                            :          No. 12 CR 065 (SLT)
                                         :
JIMMY COURNOYER,                         :          NOTICE OF MOTION
     also known as "Cosmo," et al.,      :
                                         :
                 *Defendants*.           :
-------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, any exhibits attached thereto, pleadings previously filed, and upon proceedings heretofore had, Jimmy Cournoyer, by his attorneys, Meringolo & Associates, P.C., will move this Honorable Court, at a date and time set by the Court at the United States District Court Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order severing Mr. Cournoyer's case from that of his co-defendants and for such other and further relief as the Court deems just and proper.

Dated:      May 31, 2012

                                                                                                            Respectfully submitted,

                                                                                                            By:  /s/ John C. Meringolo
                                                                                                            **JOHN C. MERINGOLO, ESQ.** (JM3487)
                                                                                                            **ANJELICA B. CAPPELLINO, ESQ.** (AC8382)
                                                                                                             Meringolo & Associates, P.C.
                                                                                                             375 Greenwich Street, 7th Floor
                                                                                                             New York, New York 10013
                                                                                                             Direct No. (347) 599-0992
                                                                                                             *Attorneys for Defendant Jimmy Cournoyer*

CC: AUSA Stephen Tiscone (and all counsel via ECF)

1